116 T.C. No. 24


UNITED STATES TAX COURT


GARY D. AND LINDY H. COMBRINK, Petitioners v.
COMMISSIONER OF INTERNAL REVENUE, Respondent


Docket No. 13580-99.                    Filed May 15, 2001.


This opinion was withdrawn by order dated

August 14, 2001.